William,
please file these notices into Case No. 16-MJ-3621.

with best regards,
your fellow man,
daniel schiffmiller
10/18/16

<u>Notice</u>

i, a man, do believe, claim and say:

1. i did not appear as a person, i do not appear as a person, i only appear as a man.

2. i say here, and will verify in open court that all herein is true.

daniel schiffmiller
10/18/16

## Notice

i, a man, do believe claim and say:

1. whoever files a claim against i, and it is a false claim assumes all liability.

2. i say here, and will verify in open court that all herein is true.

daniel schiffmiller
10/18/16

## Notice

i, a man, do believe, claim and say:

1. i do not believe a proper claim has been filed against i the man in this court or in any other court.

2. i say here, and will verify in open court that all herein is true.

daniel schiffmiller
10/18/16

Daniel Schiffmiller #364542
Santa Fe County Adult Correctional Facility
28 Camino Justicia
Santa Fe, NM 87508

USA

to: William P. Lynch
333 Lomas Blvd NW
Albuquerque, NM 87102

ALBUQUERQUE NM 870
19 OCT 2016 PM 3 L

87102-227299

FOREVER
USA

Bank Swallow