FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 1 5 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 16-4360 MCA |
| vs. | ) | Count 1: 26 U.S.C. §§ 5841, 5845(a) 5861(d), and 5871: Possession of Unregistered Firearm; and |
| **DANIEL SCHIFFMILLER**, | ) | |
| Defendant. | ) | Count 2: 26 U.S.C. §§ 5842(b), 5845(a), 5861(i), and 5871: Possession of a Firearm Having No Serial Number. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about the September 14, 2016, in Santa Fe County, in the District of New Mexico, the defendant, **DANIEL SCHIFFMILLER**, knowingly received and possessed a firearm, to wit: a modified shotgun chambered for a .410 shotgun shell having an overall length of less than 26 inches and a barrel of less than 18 inches in length which was not registered to him in the National Firearms Registration and Transfer Record.

In violation 26 U.S.C. §§ 5841, 5845(a), 5861(d), and 5871.

Count 2

On or about September 14, 2016, in Santa Fe County, in the District of New Mexico, the defendant, **DANIEL SCHIFFMILLER**, knowingly received and possessed a firearm, to wit: a modified shotgun chambered for a .410 shotgun shell having an overall length of less than 26 inches and a barrel of less than 18 inches in length and having no serial number.

In violation 26 U.S.C. §§ 5842(b), 5845(a), 5861(i), and 5871.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

11/9/2016 1:22 PM